UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAS AMALLAH MOORIS-BEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 20-10499-ADB |
| | * | |
| ERIN SHEEHAN, Director of Registry of Motor Vehicles, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

## FINAL ORDER OF DISMISSAL

In accordance with the memorandum and order dated September 15, 2020, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 9/15/2020

By the Court,

/s/ Karen Folan
Deputy Clerk